Case 1:18-cv-03202-GBD   Document 27   Filed 04/17/18   Page 2 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 3 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Angel Mogollan, on behalf of himself, FLSA Collective Plaintiffs and
Class members,
              Plaintiff(s)

       -against-

La Abundancia Bakery & Restaurant Inc.; 63-12 La Abundancia,
Inc.; 75-02 La Abundancia Bakery and Restaurant Corp.; 81-16
La Abundancia Inc.; 37-01 La Abundancia Inc.; 88-26 La Abundancia
Inc.; Monica Ferrerosa; Ruben Rojas,
              Defendant(s)
-------------------------------------------------------------------X

18cv3202(GBD)
CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING
ORDER

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of civil Procedure.

1. An initial pretrial conference will be held on *September 25, 2018 at 9:30 AM* at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

2. No **Additional parties** may be joined after **October 2, 2018**.

3. No amendment to the pleadings will be permitted after **October 2, 2018**.

4. Except for good cause shown, all **discovery** shall be commenced in time to be completed by *March 31, 2019* The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances. *Plaintiff intends to pursue a class action, requiring under Rule 23 additional time and discovery*

5. **Dispositive motions** are to be served by *April 30, 2019*. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

6. A final **pretrial conference** will be held on *TBD by the Court*

7. The **Joint Pretrial Order** shall be filed no later than *TBD* The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

Case 1:18-cv-03202-GBD   Document 27   Filed 04/17/18   Page 3 of 3

8. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

9. The parties shall be **ready for trial** within 48 hours, notice on or after  TBD
   The estimated trial time is _____ days, and this is a (jury)(non-jury) trial.

10. A **Subsequent Case Management Conference** will be held on **November 6, 2018 at 9:45 a.m.**.

Dated: April 13, 2018
       New York, New York

SO ORDERED:

[JUL 2 3 2018]

George B. Daniels
United States District Judge

Attorney for Plaintiff(s)

Attorney for Defendant(s)

-2-