# EXHIBIT B

LA ABUNDANCIA #1

63-10 BROADWAY AVE.
WOODSIDE, NY 11377

Tel: (718)-672-1515 (tel:7186721515)
E-mail: laabundancianewyork@gmail.com

PARA MÁS INFORMACIÓN ACERCA DE NUESTROS Y SERVICIOS, COMUNÍQUESE LLENANDO EL SIGUIENTE FORMULARIO DE CONTACTO Y UNO DE NUESTROS REPRESENTANTES SE COMUNICARÁ CON USTED EN LA BREVEDAD POSIBLE, O VISITE UNA DE NUESTRAS SUCURSALES.

Nombre*:

Correo*:

Teléfono:

Mensaje*:

Enviar    *CAMPOS REQUERIDOS

Select Language ▼



(index.html)

# Quiénes Somos

LA ABUNDANCIA, EL SABOR DE COLOMBIA EN QUEENS



Abundancia Bakery

Uno de los secretos de La Abundancia Bakery es su servicio las 24 horas del día, siempre con productos frescos y de calidad. Esta imagen corresponde a uno de las esquinas más concurridas de Nueva York, 74 St y Avenida Roosevelt en el sector de Jackson Heights.

Especial /DRA.

La idea inició por el afán de buscar los sabores que se identifican con tu tierra, yo añoraba comerme un buen sancocho de gallina, disfrutar de un típico buñuelo y probar las delicias de las diferentes regiones del país. Con el tiempo me di cuenta que no era sólo yo, sino que había una necesidad del colombiano en general". Así empezamos la nota con el Sr Rubén Rojas, presidente de la hoy corporación La Abundancia Bakery.

Después de 10 años de vida, La Abundancia, no solo se posicionó como la panadería número uno de los colombianos en el área de Queens sino de los latinos en general, pues según Aracely Cifuentes, manager de uno de los 5 locales, la ventaja que tiene el producto colombiano es que le gusta a todo el mundo y tenemos una marca registrada que ya por si sola es sinónimo de éxito, tener el mejor café del mundo y el secreto en su preparación, recalcó la Sra Cifuentes.

Mientras esperamos para realizar la nota le consultamos a la gente de qué podrían destacar del negocio y las opiniones fueron encontradas de entre la calidad, la atención, la frescura, la comodidad y el servicio en general.



3

La misma se la trasladamos al señor Rojas.

"Hay varias cosas que han influenciado en el éxito de nuestro negocio. Lo primero, es que usamos productos de primera calidad, algunos de ellos los importamos desde Colombia. Lo segundo, es que se mantiene la sazón de la patria, porque nuestros cocineros son totalmente colombianos; y lo tercero, es la atención familiarizada de nuestros empleados que provienen de diferentes países". Nos explicaba el Sr Rojas.

"Nosotros hemos hecho todo con base a la necesidad de la gente. Hace 10 años no existían panaderías que abrieran 24 horas, no solo con el servicio natural de una panadería sino que además contara con una amplia gama de comida, lo otro es que la misma gente nos pedía que abriéramos otras localidades y eso hemos venido haciendo", agregó el presidente.

Le consultamos al sr Rojas sobre el futuro de La Abundancia, y nos comentó que se viene otra etapa de crecimiento, entre otras cosas, el empezar a ofrecer sus productos en diferentes formatos, al por mayor y a supermercados, buscando que le llegue a toda la familia latina del área tri-estatal. Lo otro es seguir abriendo locales propios o bajo el formato de franquicia, pues al tener nuestra propia fabrica estamos en condiciones de garantizar la calidad y continuidad de los productos.

La Abundancia Bakery, que hoy tiene locales en Junction Blvd y 37 Ave, 82 y 75 St con Roosevelt Ave, su principal en la 63 St y Broadway en Woodside, la que se abrió hace un par de semanas en 94 St y Roosevelt Ave, se prepara para abrir su nuevo local en la 89 St y 37 Ave, al cual le agregarán el concepto de fuente de soda familiar.

Terminamos esta nota disfrutando de un buen café, muchos clientes que ya son como familia, un partido de fútbol en sus pantallas que parece un estadio y una carnita desmechada con lentejitas y arroz blanco. ¡Buen provecho!

4



Para mayor información
(718)672-1515 (tel:7186721515)





