# EXHIBIT F

**THE LAW OFFICES OF JACOB ARONAUER**
Jacob Aronauer (9184)
225 Broadway, Suite 307
New York, New York 10007
Telephone: (212) 323-6980

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ABRAHAM PÉREZ, MARDO QUEHO
PEREZ MENDOZA and BELEN SOLANO
y otros camareros, bussers, cocineros de preparación, lavaplatos, y
trabajadores de la cocina anteriores y actuales de situacion semejante,

           Demandante,   DECLARACIÓN DE
                      ABRAHAM PÉREZ

  -contra-

LA ABUNDANCIA BAKERY &
RESTAURANT INC.,
63-12 LA ABUNDANCIA
INC., 75-02 LA ABUNDANCIA
BAKERY AND RESTAURANT
CORP., 81-16 LA ABUNDANCIA
INC., 37-01 LA ABUNDANCIA
INC., 94-19 LA ABUNDANCIA
INC. and 88-26 LA ABUNDANCIA
INC. and RUBEN ROJAS,
individualmente,

           Demandado.
-----------------------------------------------------------------------X

  ABRAHAM PÉREZ declara conforme a 28 U.S.C. § 1747 bajo pena de perjurio que lo siguiente es cierto y correcto:

**Antecedentes Relevantes**

1. He trabajado en el restaurante La Abundancia ubicado en 75-02 Roosevelt Avenue en Jackson Heights, Nueva York desde 2011 hasta el presente ("La Abundancia 2"). He trabajado en La Abundancia # 2 como lavaplatos y cocinero.

2. A lo mejor de mi conocimiento, el dueño de todos los 6 restaurantes de La Abundancia es

el demandado Ruben Rojas. Creo que Rojas ha poseído todos los 6 de los restaurantes de La Abundancia durante todo el tiempo que he trabajado en La Abundancia 2.

**Empleo en La Abundancia**

3. Durante los primeros cuatro meses de mi empleo en La Abundancia # 2, trabajé 7 días cada semana. Después, trabajé 6 días cada semana. En Marzo de 2015, se presentó una demanda separada contra Rubén Rojas (lo sé porque mi esposa Isabel Ocampo era demandante). Aproximadamente unos meses después del inicio de Ocampo et al. v. Rojas et al., 15-cv-01134 (PK), mi horario se redujo a 5 días cada semana.

4. Durante mi empleo en La Abundancia # 2, no he recibido ningún descanso para la comida.

5. Los turnos diarios para mí y otros trabajadores similares han sido compuestos de 8 horas, y han variado entre tres turnos separados: de 6 a.m. a 2 p.m., 2 p.m. a 10 p.m. y 10 p.m. a 6 a.m.

6. Desde el comienzo de mi empleo en La Abundancia # 2, nunca he tenido que usar un sistema de "clock in, clock out" o cualquier otra forma de entrar y salir al inicio y al final de mi turno.

7. Durante mi empleo en La Abundancia # 2, he recibido un salario diario fijo.

8. Durante el período entre 2011 y marzo de 2015, estaba programado para trabajar más de 40 horas cada semana. No me pagaron horas más de 40.

9. Durante mi empleo Rubén Rojas, el dueño de La Abundancia # 2, nunca me informó que mi salario incluía horas extras ("overtime"). Además, ningún gerente o supervisor me informó que mi salario incluía horas extras.

**Otros Empleados en La Abundancia**

10. Muchos otros empleados de La Abundancia (que hicieron tareas similares y trabajaron

2

horas similares como yo) se quejaron de sus salarios y el hecho de que no se les pagó horas extras. También han dicho con frecuencia que no se les pagaba la cantidad corecta de salarios a pesar de sus largas horas de trabajo.

11. Específicamente, los otros empleados que han trabajado en La Abundancia y que se quejaron de que no fueron pagados por el trabajo después de 40 horas incluyen a mi esposa Isabel Ocampo, quien trabajó como camarera, mi hermano Mardo Queho Pérez Mendoza, quien trabajó como lavaplatos y cocinero y Belen Solano, quien trabajó como camarera y cajera. Mendoza y Solano son Demandantes en esta acción.

Dated: Marzo 29, 2017
New York, New York

_____
Abraham Perez

THE LAW OFFICES OF JACOB ARONAUER
Jacob Aronauer (9184)
225 Broadway, Suite 307
New York, New York 10007
Telephone: (212) 323-6980

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ABRAHAM PÉREZ, MARDO QUEHO
PEREZ MENDOZA and BELEN SOLANO
and other similarly situated current and former
waiters, bussers, prep cooks, dishwashers
and kitchen workers,

                                      Plaintiff,

    -against-

LA ABUNDANCIA BAKERY &
RESTAURANT INC.,
63-12 LA ABUNDANCIA
INC., 75-02 LA ABUNDANCIA
BAKERY AND RESTAURANT
CORP., 81-16 LA ABUNDANCIA
INC., 37-01 LA ABUNDANCIA
INC., 94-19 LA ABUNDANCIA
INC. and 88-26 LA ABUNDANCIA
INC. and RUBEN ROJAS,
individually,

                                     Defendants.
-----------------------------------------------------------------X

DECLARATION OF
ABRAHAM PÉREZ

    ABRAHAM PÉREZ declares pursuant to 28 U.S.C. § 1747 under penalty of perjury that the following is true and correct:

**Relevant Background**

1. I have worked at the La Abundancia restaurant located at 75-02 Roosevelt Avenue in Jackson Heights, New York from 2011 through the present ("La Abundancia 2"). I have worked at La Abundancia #2 as a dishwasher and cook.

2. To the best of my knowledge, the owner of all 6 La Abundancia restaurants is Defendant

Ruben Rojas. I believe that Rojas has owned all 6 of the La Abundancia Restaurants for the entire time I have worked at La Abundancia 2.

**Employment at La Abundancia**

3. Throughout the first four months of my employment at La Abundancia #2, I worked 7 days a week. Thereafter, I worked 6 days a week. In March 2015, a separate lawsuit was brought against Ruben Rojas (I know this because my wife Isabel Ocampo was a plaintiff). Approximately a few months after *Ocampo et al.* v. *Rojas et al.*, 15-cv-01134 (PK) was filed, my schedule was reduced to 5 days a week.

4. Throughout my employment at La Abundancia #2, I have not received any meal breaks.

5. Daily shifts for myself and other similar workers have been comprised of 8 hours, and have varied between three separate shifts: 6 a.m. to 2 p.m., 2 p.m. to 10 p.m. and 10 p.m. to 6 a.m.

6. Since the beginning of my employment at La Abundancia #2, I have never been required to use a "clock in, clock out" system or any other form of signing in and out at the start and end of my shift.

7. During my employment at La Abundancia #2, I have received a set daily wage.

8. During the time period between 2011 and March 2015, I was scheduled to work more than 40 hours each week. I was not paid for hours in excess of 40.

9. At no point during my employment did the owner of La Abundancia #2, Ruben Rojas, ever inform me that my salary was inclusive of overtime. For that matter, no manager or supervisor ever informed me that my salary was inclusive of overtime.

## Other Employees at La Abundancia

10. Many other employees at La Abundancia locations (who performed similar job duties as me and worked similar hours) complained about their wages and also not being paid overtime. They would also frequently say that they were not being paid the right amount of wages in light of the long hours that they were assigned to work.

11. Specifically, the other employees who have worked at La Abundancia who complained to me that they were not being paid for work after 40 hours include my wife Isabel Ocampo, who worked as a waitress, my brother Mardo Queho Perez Mendoza, who worked as a dishwasher and cook and Belen Solano, who worked as a waitress and cashier. Mendoza and Solano are Plaintiffs in this action.

Dated: March 29, 2017
New York, New York

_____
Abraham Perez