# EXHIBIT G

Feedback

Search Trademarks...

- Home
- Register a Trademark
- Trademarks
- About Us
- Contact Us

Home > Categories > Treatment of materials > La Abundancia

0

# LA ABUNDANCIA

| | |
|---|---|
| Serial Number: | 86603741 |
| Filing Date: | April 20th, 2015 |
| Status/Date: | New application will be assigned to an examining attorney approximately 3 months after filing date. April 23rd, 2015 |
| Live/Dead Indicator | Live |

## LA ABUNDANCIA

**Trademark By: ROJAS, RUBEN**

## Description

- Bakery services, namely, the manufacture of bakery products to order and/or specification of others

## Summary

This is the brand and trademark page for LA ABUNDANCIA which was created on April 20th, 2015 by ROJAS, RUBEN, an INDIVIDUAL. contact_hide > 0): echo ' The contact information for this file has been hidden by request.'; else: echo ' The trademark owner is located at '.$row->owner_address.' in '.$row->owner_city.', '.$row->owner_state.'. ' .$row->owner_name.' can be contacted at '.$row->owner_phone.', '.$row->owner_email.' or '.$row->owner_website.'.

'; endif; ?>

New application will be assigned to an examining attorney approximately 3 months after filing date

We use cookies to enhance your experience. By continuing to visit this site you agree to our use of cookies. More info    ✗

| | |
|---|---|
| Mark Type: | Service Mark |
| Standard Character: | true |
| Register: | Principal |
| Colors Claimed: | None. |
| Disclaimer: | No disclaimer. |
| Translation: | The English translation of LA ABUNDANCIA in the mark is THE ABUNDANCE. |
| Consent: | No consent required. |

## Owner Information

| | |
|---|---|
| Owner Name: | ROJAS, RUBEN |
| Address: | 63 10 BROADWAY |
| City: | WOODSIDE |
| State: | NEW YORK |
| Zip Code: | 11377 |
| Country: | UNITED STATES |
| Phone Number: | 347-3972301 |
| Fax Number: | 718-2477380 |
| Email Address: | JJDBASVCS@AOL.COM |

## Correspondent Information

| | |
|---|---|
| Correspondent Name: | ROJAS, RUBEN |
| Address continued: | 63 10 BROADWAY |
| City: | WOODSIDE |
| State: | NEW YORK |
| Zip: | 11377 |
| Country: | UNITED STATES |
| Phone Number: | 347-3972301 |
| Fax Number: | 718-2477380 |
| Email Address: | JJDBASVCS@AOL.COM |

## Services And/Or Goods

| | |
|---|---|
| Class: | 040 |
| Status: | Active |
| Description: | Bakery services, namely, the manufacture of bakery products to order and/or specification of others |
| Basis: | |
| First Use: | Not Available |
| First use in Commerce: | April 1st, 2014 |

We use cookies to enhance your experience. By continuing to visit this site you agree to our use of cookies. More info  ✕

Current Location/ NEW APPLICATION PROCESSING
Date:: April 23rd, 2015

## Status Updates

| Date | Status |
|---|---|
| April 23rd, 2015 | NEW APPLICATION ENTERED IN TRAM |

### Categories

- Treatment of materials

### Contact People

- Rojas, Ruben

### Removal Information

Click below to read about our removal policy.

Removal

### Updated Date

Updated by MarkHound.com on April 24th, 2015.

Is this information not accurate? Click the button below to synchronize this trademark with the USPTO data.

Update Listing

# Removal Information

Markhound.com is directly linked with the USPTO. Please update your information at USPTO.gov and our servers will reflect the changes.

The information on our website is of public record and is protected by the Freedom of Information Act.

## © 2018 Trademark Hound LLC

Connect with us via Facebook, Google Plus, and on Twitter. We will post interesting news regarding trademarks, branding, and other relevant information.

**Email:** trademarks@markhound.com

### Facebook

We use cookies to enhance your experience. By continuing to visit this site you agree to our use of cookies. More info ✕