# EXHIBIT H

FORMATO PARA PAGO DE NOMINA

FECHA: 10 - 14 - 16
EMPLEADO: ANGEL MOGOLLAN
LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE
CARGO: HORNERO

|  | | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | hrs | 450 |
| TURNO 2 | | | | | | | | | 40 | |
| TURNO 3 | | 8 | 8 | 8 | 8 | 8 | | | | |

| TOTAL SALARIO | 450 |
|---|---|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | $ 450 |

FIRMA: X _Angel Mogollan_

---

FORMATO PARA PAGO DE NOMINA

FECHA: 10 - 21 - 16
EMPLEADO: ANGEL MOGOLLAN
LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE
CARGO: HORNERO

|  | | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | 40 hrs | 450 |
| TURNO 2 | | | | | | | | | | |
| TURNO 3 | | 8 | 8 | 8 | 8 | 8 | | | | |

| TOTAL SALARIO | 450 |
|---|---|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | $ 450 |

FIRMA: X _Angel Mogollan_

## FORMATO PARA PAGO DE NOMINA

FECHA **10 - 27 - 16**

EMPLEADO **ANGEL**

LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE

CARGO **HORNERO**

| | | | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | 8 | | | | | 40 hrs | 450 |
| TURNO 2 | | | | | | | | | | | |
| TURNO 3 | | | 8 | | | 8 | 8 | 8 | | | |

| TOTAL SALARIO | 450 |
|---|---|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | $ 450 |

FIRMA _(signature)_

---

## FORMATO PARA PAGO DE NOMINA

FECHA **Oct 28 - 16**

EMPLEADO **Angel Rosario**

LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE

CARGO **Horno Noche**

| | | | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | X | | | |
| TURNO 2 | | | | | | | | | | | |
| TURNO 3 | | | | | | | | | | | |

| TOTAL SALARIO | 45 |
|---|---|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 45 |

FIRMA _(signature)_

50

## FORMATO PARA PAGO DE NOMINA

FECHA: 3 Nov 16
EMPLEADO: Angel Mogollar
**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**
CARGO: Hornoko

| | | | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | | | |
| TURNO 2 | | | | | X | | | | | | |
| TURNO 3 | | | X | | X | X | X | | 40 hs | |

| | |
|---|---|
| TOTAL SALARIO | 450.00 |
| EXTRA | — |
| DEDUCCION | — |
| TOTAL PAGADO | 450.00 |

FIRMA: _Angel Mogollo_

---

## FORMATO PARA PAGO DE NOMINA

FECHA: 11-10-16
EMPLEADO: ANGEL MOGOLLON
**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**
CARGO: HORNERO

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | 8 | | | | | 8 | | | 190 |
| TURNO 2 | | | 8 | 8 | 8 | 8 | | | 48 hrs | 360 |
| TURNO 3 | | | | | | | | | | $550 |

| | |
|---|---|
| TOTAL SALARIO | 550 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | $550 |

FIRMA: _Angel Mogollo_

3

## FORMATO PARA PAGO DE NOMINA

FECHA 11-17-16

EMPLEADO ANGEL

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO HORNERO

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | 8 | | | | | 8 | | 40 hrs | 190 |
| TURNO 2 | | | | | | | | | | 270 |
| TURNO 3 | | | 8 | 8 | 8 | | | | | |

$ 460

| | |
|---|---|
| TOTAL SALARIO | 460 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | $ 460 |

FIRMA

---

## FORMATO PARA PAGO DE NOMINA

FECHA 24 Nov 16

EMPLEADO Angel Mogollan Diaz

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO Hornero

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | x | | | x | x | | | 10 | |
| TURNO 2 | | | | | | | | | 40 | 285 |
| TURNO 3 | | | x | x | | | | | | 180 |

= 465

| | |
|---|---|
| TOTAL SALARIO | 465.00 |
| EXTRA | — |
| DEDUCCION | — |
| TOTAL PAGADO | 465.00 |

FIRMA

4

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA  Dic 22 16

EMPLEADO  Angel mogollan

CARGO  Oficios varios

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | X | X | | | | | | 40 hrs | 160.00 |
| TURNO 3 | | | X | X | | X | | | 270.00 |

| | |
|---|---|
| TOTAL SALARIO | 430.00 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 430.00 |

FIRMA  *Angel Mogollan*

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA  Dic - 24 2016

EMPLEADO  Angel Mogollan

CARGO  Oficios varios

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | 160 |
| TURNO 2 | | | | | | | | | 270 |
| TURNO 3 | X | X | X | X | | X | | | |

| | |
|---|---|
| TOTAL SALARIO | 430 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 430 |

FIRMA  *Angel Mogollan*

5

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

#### FORMATO PARA PAGO DE NOMINA

FECHA    Enro 6 17

EMPLEADO    Angel mageilas

CARGO    Orges cenos

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | 45 | |
| TURNO 3 | X | X | | | X | X | X | 40 | |

TOTAL SALARIO    450.00

EXTRA

DEDUCCION

TOTAL PAGADO    450.00

FIRMA _____

---

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

#### FORMATO PARA PAGO DE NOMINA

FECHA    13-01-2017

EMPLEADO    Angel

CARGO    Hornero

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | | 8 | | 8 | 8 | 40 | 11,25 |

TOTAL SALARIO    4 50

EXTRA

DEDUCCION

TOTAL PAGADO    450

FIRMA _____

6

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA _1 - 20 - 17_

EMPLEADO _angel_

CARGO _Hornero / Oficios Varios_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | | 8 | 8 | 8 | | | | 24 | 1125 |

| | |
|--|--|
| TOTAL SALARIO | 270 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 270 |

FIRMA _Angel Alexander_

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA _1 - 27 - 17_

EMPLEADO _angel_

CARGO _Hornero_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | | 8 | 8 | 8 | | 8 | 8 | 40 | 1125 |

| | |
|--|--|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA _Angel Alexander_

## LA ABUNDANCiA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

#### FORMATO PARA PAGO DE NOMINA

FECHA  2 - 3 - 17

EMPLEADO  angel

CARGO  Horneador

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | 8 | 8 | | | 8 | 40 | 11.25 |

TOTAL SALARIO  450    360 %

EXTRA

DEDUCCION

TOTAL PAGADO  450

FIRMA

---

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

#### FORMATO PARA PAGO DE NOMINA

FECHA  Feb 11 al 17 / 2017

EMPLEADO  Hornero Angel Hoguilar.

CARGO  Hornero

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | X | X | X | X | X | | | 40 | |

TOTAL SALARIO  450⁰⁰

EXTRA

DEDUCCION

TOTAL PAGADO  450⁰⁰

FIRMA

8

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA    2 — 17

EMPLEADO    Angel

CARGO    Horneador

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | 8 | 8 | | | 8 | 40 | 11 25 |

| | |
|---|---|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA _Angel Mogollan_

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA    Feb 22 - 2017

EMPLEADO    Angel Mogollan

CARGO    Oficio Varios

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | 8 | 8 | 8 | | | 40 | 11.25 |

| | |
|---|---|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA _Angel Mogollan_

q

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA 03 - 01 - 17

EMPLEADO Angell. Mogollan.

CARGO Horno

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | 60 | |
| TURNO 3 | X | X | X | X | X | | | 40 | |

360
90

| TOTAL SALARIO | 450.00 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450.00 |

FIRMA

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA Marzo 08 - 2017

EMPLEADO Angel Mogollan

CARGO Hornero

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | X | X | X | X | X | | | 40 | 11.25 |

| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA

10

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA  Morzo 15-17

EMPLEADO  Angel Mogollan

CARGO  Hornero

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | 6.3 | |
| TURNO 3 | 8 | 8 | 8 | 8 | 8 | | | 40 | |

| | |
|---|---|
| TOTAL SALARIO | 450.5 |
| EXTRA | — |
| DEDUCCION | — |
| TOTAL PAGADO | 450.5 |

FIRMA

---

**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA  Marzo 22 - 2017

EMPLEADO  Angel Mogollano

CARGO  Hornero

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | X | X | X | X | X | | | 40 | 11.25 |

| | |
|---|---|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA

11

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA     Marzo 29 - 2017
EMPLEADO  Angel Mogollan
CARGO     Hernero

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-----------|-----------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | X | X | X | X | X | | | 40 | 11.25 |

| | |
|---|---|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA     Abil 5 -17
EMPLEADO  Angel Mogollan
CARGO     Vendedor

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-----------|-----------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | 8 | |
| TURNO 3 | 8 | 8 | 8 | 8 | 8 | | | 40 | |

| | |
|---|---|
| TOTAL SALARIO | 450.55 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450.55 |

FIRMA

12

## FORMATO PARA PAGO DE NOMINA

FECHA _4 - 13 - 17_
EMPLEADO _Angel Peralta_

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVEL**

CARGO _Cocinero_

| | | V | S | D | L | M | M | J | TOTAL HORAS | V |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | | |
| TURNO 2 | | | | | | | | | | |
| TURNO 3 | | 8 | | | | 8 | 8 | | 24 | |

| | |
|---|---|
| TOTAL SALARIO | 345 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 345 |

FIRMA

DIFFERENT EMPLOYEE

## FORMATO PARA PAGO DE NOMINA

FECHA _8 al 14 de abril 2017_
EMPLEADO _Angel Mogollon_

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO _Panadero - Hornero_

| | | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | 40 | |
| TURNO 2 | | | | | | | | | | |
| TURNO 3 | | X | X | X | X | X | | | | |

| | |
|---|---|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 00 |

FIRMA

13

FORMATO PARA PAGO DE NOMINA

FECHA _Abril 19 . 2017_
EMPLEADO _Angel_

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO _Horner_

| | | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | | |
| TURNO 2 | | | | | | | | | | |
| TURNO 3 | | | 8 | 8 | 8 | 8 | 8 | | | 40 | 16.25 |

| | |
|---|---|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA _Angel Abastilla_

---

FORMATO PARA PAGO DE NOMINA

FECHA _04/26/17_
EMPLEADO _Angel_

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO _Hornero Magollan_

| | | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | | |
| TURNO 2 | | | | | | | | | | |
| TURNO 3 | | | 8 | 8 | 8 | 8 | 8 | | | 40 | 16.25 |

| | |
|---|---|
| TOTAL SALARIO | $ 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | $ 450 |

FIRMA _Angel Abastilla_

14

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA: Mayo 03 - 2017.

EMPLEADO: Angel Mogollan.

CARGO:

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | X | X | X | X | X | | | 40 | 11.25 |

TOTAL SALARIO: 450

EXTRA: 180    270

DEDUCCION:

TOTAL PAGADO: 450

FIRMA: _Angel Mogollon_

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA: 5 - 12 - 17

EMPLEADO: Angel,

CARGO: Hornerolo

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | 8 | 8 | 8 | | | 40 | 11.25 |

TOTAL SALARIO: 450

EXTRA:

DEDUCCION:

TOTAL PAGADO: 450

FIRMA: _Angel Mogollon_

15

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

#### FORMATO PARA PAGO DE NOMINA

FECHA _Mayo 17 - 2017_

EMPLEADO _Angel Mogollan._

CARGO _Hornero_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 |  |  |  |  |  |  |  |  |  |
| TURNO 2 |  |  |  |  |  |  |  |  |  |
| TURNO 3 | X | X | X | X | X |  |  | 40 | 11.25. |

| TOTAL SALARIO | 450 |
|---------------|-----|
| EXTRA |  |
| DEDUCCION |  |
| TOTAL PAGADO | 450 |

FIRMA

---

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

#### FORMATO PARA PAGO DE NOMINA

FECHA _24 Mayo - 17._

EMPLEADO _Angel Mogollan_

CARGO _Hornin_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 |  |  |  |  |  |  |  |  |  |
| TURNO 2 |  |  |  |  |  |  |  |  |  |
| TURNO 3 | 8 |  | 8 | 8 | 8. |  |  | 32 | 11.25 |

| TOTAL SALARIO | 360 |
|---------------|-----|
| EXTRA |  |
| DEDUCCION |  |
| TOTAL PAGADO | 360 |

FIRMA

16

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA Mayo 31 2017

EMPLEADO Angel Mogollan.

CARGO Homen

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|------------|-----------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | 8 | 8 | 8 | | | 40. | |

TOTAL SALARIO   450
EXTRA
DEDUCCION
TOTAL PAGADO   450

FIRMA

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA 2 - 9 de Julio 2017

EMPLEADO Angel Mogollan

CARGO Panadero

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|------------|-----------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | 40 | |
| TURNO 3 | X | X | X | X | X | | | | |

TOTAL SALARIO   450ºº
EXTRA
DEDUCCION
TOTAL PAGADO   450ºº

FIRMA

17

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

FORMATO PARA PAGO DE NOMINA

FECHA 06/13/17
EMPLEADO Angel Mogollan
CARGO Of. Varios

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | 32 | 11.75 |
| TURNO 3 | 8 | 8 | 8 | 8 | | | | | |

TOTAL SALARIO $360
EXTRA
DEDUCCION
TOTAL PAGADO $360

FIRMA _Angel Mogollan_

---

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

FORMATO PARA PAGO DE NOMINA

FECHA Junio 72 - 2017
EMPLEADO Angel
CARGO Men oficio cerre

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | 32. | 11.25 |
| TURNO 3 | 8 | | 8 | 8 | 8 | | | | |

TOTAL SALARIO 360
EXTRA
DEDUCCION
TOTAL PAGADO 360

FIRMA _Angel Mogollan_

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA _24 - 30 de Junio 00_

EMPLEADO _Angel Mogollon_

CARGO _Panadero_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | x | x | x | x | | x | | 40 | — |

| | |
|---|---|
| TOTAL SALARIO | 460 00 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 460 00 |

FIRMA _Angel Mogollon_

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA _07-06-17_

EMPLEADO _Angel Mogollan_

CARGO _Oficios Varios_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | x | | x | x | | x | | 32 hr | 11.25 |

| | |
|---|---|
| TOTAL SALARIO | 360. |
| EXTRA | — |
| DEDUCCION | — |
| TOTAL PAGADO | 360.35 |

FIRMA

19

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

#### FORMATO PARA PAGO DE NOMINA

FECHA: 7 - 14 - 17
EMPLEADO: Angel, Mosoyon
CARGO: Horneador.

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | | | 8 | 8 | 8 | 40 | 11.25 |

TOTAL SALARIO: 450
EXTRA:
DEDUCCION:
TOTAL PAGADO: 450

FIRMA

---

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

#### FORMATO PARA PAGO DE NOMINA

FECHA: Julio - 21 - 17
EMPLEADO: Angel Mogollon
CARGO: Horno

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | 8 | 8 | | | 8 | | |

TOTAL SALARIO: 450.
EXTRA:
DEDUCCION:
TOTAL PAGADO: 450.00

FIRMA Angel Mogollon

20

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

FORMATO PARA PAGO DE NOMINA

FECHA _Julio 28 - 2017_

EMPLEADO _Angel._

CARGO _Hornero_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | 40 | 11.25 |
| TURNO 3 | X | | X | X | | X | X | | |

| | |
|---|---|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA _Angel_

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

FORMATO PARA PAGO DE NOMINA

FECHA _8 - 4 - 17_

EMPLEADO _angel_

CARGO _Horneador_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | | | 8 | 8 | 8 | 8 | | 40 | 11.25 |

| | |
|---|---|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA _Angel_

21

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA _5 al 11 agosto_
EMPLEADO _Panadía Derecho_
CARGO _Angel Mogollan_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | X | X | X | X | X | 40 | |
| TURNO 3 | | | | | | | | | |

| TOTAL SALARIO | 450 |
|---------------|-----|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA _Agosta 15 - 2017_
EMPLEADO _Angel Mogollan_
CARGO _Hornero_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | X | X | X | X | 40 | 11.25 |
| TURNO 3 | X | | | | | | | | |

| TOTAL SALARIO | 450 |
|---------------|-----|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA

22

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA _8-17-17_

EMPLEADO _Angel Nogollon_

CARGO _Oficos vero_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | | | 8 8 | | | 32 | |

| | |
|---|---|
| TOTAL SALARIO | 360.00 |
| EXTRA | — |
| DEDUCCION | |
| TOTAL PAGADO | 360.00 |

FIRMA _[signature]_

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

**FORMATO PARA PAGO DE NOMINA**

FECHA _9 - 8 - 17_

EMPLEADO _Angel_

CARGO _Hornero_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | 8 | | | 8 | 8 8 8 | | | 40 | 11.25 |
| TURNO 3 | | | | | | | | | |

| | |
|---|---|
| TOTAL SALARIO | 450.00 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450.00 |

FIRMA _Angel O. Elpro_

23

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

FORMATO PARA PAGO DE NOMINA

FECHA: 09/15/17

EMPLEADO: Angel Mogollan

CARGO: of VARIOS

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 |  |  |  |  |  |  |  |  |  |
| TURNO 2 |  |  |  |  | 8 | 8 | 8 | 40 | 11.25 |
| TURNO 3 | 8 | 8 |  |  |  |  |  |  |  |

| | |
|---|---|
| TOTAL SALARIO | $450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | $450 |

FIRMA: Angel Mogoll

---

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

FORMATO PARA PAGO DE NOMINA

FECHA: 09 - 22 - 12

EMPLEADO: Angel Mogollan

CARGO: Hornero

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 |  |  |  |  |  |  |  |  |  |
| TURNO 2 |  |  |  |  |  | 8 | 8 | 40 | 11.25 |
| TURNO 3 | 8 | 8 | 8 |  |  |  |  |  |  |

| | |
|---|---|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA: Angel Mogoll

24

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA 09 - 29 - 17

EMPLEADO Angel Magallan

CARGO Hornero

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | | | | X | X | X | X | 90 | 18.25 |

| TOTAL SALARIO | 360 |
|---------------|-----|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 360 |

FIRMA _Angel Magallan_

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA 1 - 6 de octu. 2017

EMPLEADO Hornero

CARGO Angel

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | X | V | 40 | |
| TURNO 3 | X | X | V | | | | | | |

| TOTAL SALARIO | 450 |
|---------------|-----|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | |

FIRMA

25

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA _1 - 6 de octu 2017_

EMPLEADO _Humerro_

CARGO _Angel_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | X | X | √ | | | X | √ | 40 | |

| TOTAL SALARIO | 450.ºº |
|---------------|--------|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | |

FIRMA

---

**LA ABUNDANCIA BAKERY AND RESTAURANT**
**75 - 02 ROOSEVELT AVENUE**

FORMATO PARA PAGO DE NOMINA

FECHA _10 - 13 - 17_

EMPLEADO _angel_

CARGO _Oficio Varios_

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | 8 | | | 8 | 8 | 40 | 11.25 |

| TOTAL SALARIO | $450 |
|---------------|------|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | $450 |

FIRMA

26

## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

FORMATO PARA PAGO DE NOMINA

FECHA 10 - 19 - 17

EMPLEADO Angel

CARGO Oficios Varios

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-----------|-----------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | | 8 | 8 | 8 | 8 | | 40 | 11.25 |

| | |
|---|---|
| TOTAL SALARIO | 450 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 450 |

FIRMA Angel Magollon


## LA ABUNDANCIA BAKERY AND RESTAURANT
### 75 - 02 ROOSEVELT AVENUE

FORMATO PARA PAGO DE NOMINA

FECHA 10 - 27 - 2017

EMPLEADO Angel Mogollon

CARGO Of Varios.

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-----------|-----------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | 11.25 |
| TURNO 3 | 8 | | | 8 | 8 | | | 32 | |

| | |
|---|---|
| TOTAL SALARIO | 360 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 360 |

FIRMA Angel Magollon

27