# EXHIBIT B

50

**FORMATO PARA PAGO DE NOMINA**

FECHA  3 Nov ·16

EMPLEADO  Angel  mogollar

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO  Pananolea

|  |  | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HOR |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 |  |  |  |  |  |  |  |  |  |  |
| TURNO 2 |  |  |  | X |  |  | · |  |  |  |
| TURNO 3 |  |  | X |  | X | X | X |  | 40 hs |  |

| TOTAL SALARIO | 450.00 |
|---|---|
| EXTRA | — |
| DEDUCCION | — |
| TOTAL PAGADO | 450.00 |

FIRMA  _[signature]_

---

**FORMATO PARA PAGO DE NOMINA**

FECHA  11 - 10 - 16

EMPLEADO  ANGEL  MOGOLLON

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO  HORNERO

|  |  | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 |  | 8 |  |  |  |  | 8 |  | 48 hrs | 190 |
| TURNO 2 |  |  |  | 8 | 8 | 8 | 8 |  |  | 360 |
| TURNO 3 |  |  |  |  |  |  |  |  |  | $550 |

| TOTAL SALARIO | 550 |
|---|---|
| EXTRA |  |
| DEDUCCION |  |
| TOTAL PAGADO | $ 550 |

FIRMA  _[signature]_

Unpaid spread of hours premium

3

FORMATO PARA PAGO DE NOMINA

FECHA 26-12-14
EMPLEADO
ABUNDANCIA
CARGO Oficios Varios

| | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | X | X | | | X | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | | | | | | | | | |
| TOTAL SALARIO | | | | | | | | | |
| DEDUCCION | | | | | | | | | |
| TOTAL PAGADO | | | | | | | | | |

FIRMA
325
x55*2  32.

FORMATO PARA PAGO DE NOMINA

FECHA 26-12-14
EMPLEADO
ABUNDANCIA
CARGO Cocinero

| | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | X | X | | | X | X | | | |
| TURNO 2 | X | X | | | X | X | | | |
| TURNO 3 | | | | | | X | | | |
| TOTAL SALARIO | | | | | | | | | |
| DEDUCCION | | | | | | | | | |
| TOTAL PAGADO | | | | | | 56 | | | |

FORMATO PARA PAGO DE NOMINA

FECHA 12-25-1
EMPLEADO
ABUNDANCIA
CARGO Mesera

| | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | 8 | 8 | 16 | 69 | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | | | | | | | | | |
| TOTAL SALARIO | | | | | | | | | |
| DEDUCCION | | | | | | | 110 | | |
| TOTAL PAGADO | | | | | | | 110 | | |

FIRMA

FORMATO PARA PAGO DE NOMINA

FECHA
EMPLEADO  Bidgau, Coronel
ABUNDANCIA
CARGO

| | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | | | |
| TURNO 3 | 8 | 8 | | | 8 | 8 | 8 | 40 | 9.37 |
| TOTAL SALARIO | | 375 | | | | | | | |
| DEDUCCION | | | | | | | | | |



FORMATO PARA PAGO DE NOMINA

FECHA        12 - 5 - 14
EMPLEADO     ████████████
ABUNDANCIA   75
CARGO        Oficios Varios.

|  |  | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
| TURNO 1 |  |  |  |  |  |  |  |  |  |  |
| TURNO 2 |  | 8 | 8 | 8 | 8 | 8 | 8 | | 48 | 70 |
| TURNO 3 |  |  |  |  |  |  |  |  |  |  |

TOTAL SALARIO    480
DEDUCCION        ———
TOTAL PAGADO     480

FIRMA

*no overtime premium*



FORMATO PARA PAGO DE NOMINA

FECHA        12 - 11 - 15
EMPLEADO     ████████████  ████████████
LA ABUNDANCIA BAKERY AND RESTA███████ 75-02 ROOSVELT AVENUE
CARGO        Encargada  5 - dias

|  |  | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 |  |  | 8 |  |  |  | 8 |  |  |  |
| TURNO 2 |  |  |  | 8 | 8 |  |  |  | 40 hrs. |  |
| TURNO 3 |  | 8 |  |  |  |  |  |  |  | 500. 00 |

TOTAL SALARIO    $ 500. 60           200
EXTRA                                 30
DEDUCCION
TOTAL PAGADO     $ 500. 00

FIRMA

## FORMATO PARA PAGO DL NOMINA

FECHA  1 - 2 - 15

LIMPLEADO ▮▮▮▮▮▮▮▮▮▮▮▮

ABUNDANCIA  75

CARGO  COCinero

| | | V | S | D | L | M | M | J | | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| URNO 1 | | | | | | | | | | |
| URNO 2 | | | | | | | | 8 | 8 | |
| URNO 3 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 56 | |

*Double shift (spread of hours) + OT*

| OTAL SALARIO | 920 |
|---|---|
| IEDUCCION | — |
| OTAL PAGADO | 920 |

FIRMA

*double shift*
*• no spread of hours*
*• previous overtime*

---

## FORMATO PARA PAGO DE NOMINA

FECHA  1 - 9 - 15

EMPLEADO  ▮▮▮▮▮▮▮▮▮▮▮▮

ABUNDANCIA  75

CARGO  COCinero

| | | V | S | D | L | M | M | J | TOTAL HORAS | |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | | |
| TURNO 2 | | | | | | | | | | |
| TURNO 3 | | 8 | 8 | 8 | | 8 | 8 | 8 | 48 | 14.37 |

| TOTAL SALARIO | 690 |
|---|---|
| DEDUCCION | — |
| TOTAL PAGADO | 690 |

FIRMA

*no overtime*

---

## FORMATO PARA PAGO DE NOMINA

FECHA  1 - 16 - 15

EMPLEADO  ▮▮▮▮▮▮▮▮▮▮▮▮

ABUNDANCIA  75

CARGO  COCinero

| | | V | S | D | L | M | M | J | TOTAL HORAS | |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | | |
| TURNO 2 | | | | | | | | | | |
| TURNO 3 | | 8 | 8 | 8 | | 8 | 8 | 8 | 48 | 14.37 |

| TOTAL SALARIO | 690 |
|---|---|
| DEDUCCION | — |
| TOTAL PAGADO | 690 |

FIRMA

*overtime*

FORMATO PARA PAGO DE NOMINA

FECHA          Dic 18 - 15

EMPLEADO       ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO

|        |  | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|--------|--|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 |  | ✓ |   |   |   |   |   |   | 8 | 0 |
| TURNO 2 |  |   |   |   |   |   |   |   |   |   |
| TURNO 3 |  |   |   |   |   |   |   |   |   |   |

| TOTAL SALARIO | 60 |
|---------------|-----|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 60 |

FIRMA

---

FORMATO PARA PAGO DE NOMINA

FECHA          12 - 18 - 15

EMPLEADO       ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO

|        |  | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|--------|--|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 |  |   |   |   | X |   |   |   | 60 | |
| TURNO 2 |  | — | X | Y |   | — | X |   | | |
| TURNO 3 |  |   |   | X |   |   |   |   | | |

| TOTAL SALARIO | 280 |
|---------------|------|
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 280 |

FIRMA

---

FORMATO PARA PAGO DE NOMINA

FECHA          31 - 12 - 14

EMPLEADO       ▆▆▆▆▆▆▆▆▆

ABUNDANCIA

CARGO          Cocinera

|        |  | V | S | D | L | M | M | J | TOTAL HORAS | VALOR HORA |
|--------|--|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 |  |   |   |   |   |   |   |   |   | |
| TURNO 2 |  |   |   | Y |   | 8 |   |   | 10 | 13½ |
| TURNO 3 |  |   |   |   |   |   |   |   |   | |

| TOTAL SALARIO | 210.- |
|---------------|-------|
| DEDUCCION | |
| TOTAL PAGADO | 210.- |

FIRMA

## FORMATO PARA PAGO DE NOMINA

FECHA _01 - 6 - 16_

EMPLEADO ██████████████████

LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE

CARGO _DISWACLVE_

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| TURNO 1 | | | | | | | | | | |
| TURNO 2 | | | X | | X | X | | | 40 | |
| TURNO 3 | | X | | X | | | | | | |

| | |
|---|---|
| TOTAL SALARIO | 400 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | |

## FORMATO PARA PAGO DE NOMINA

_01 - 8 - 16_

EMPLEADO ██████████████████

LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE

CARGO _BAJO_    DISCWOLN

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| TURNO 1 | | - | X | Dist | X | X | X | X | 3JD | |
| TURNO 2 | | | | | | | | | | |
| TURNO 3 | | | | | | | | | | |

overtime

| | |
|---|---|
| TOTAL SALARIO | 430 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 430 |

FIRMA

## LA ABUNDANCIA BAKERY AND RESTAURANT

### FORMATO PARA PAGO DE NOMINA

17. 08. 18

FBG
EMLEADO ███████████████████
CGD   Llonaggr.

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TND 1 |  | 8 | 8 | 8 | 8 | 8 | 8 |  |  |
| TND 2 |  |  |  |  |  |  |  |  |  |
| TND 3 |  |  |  |  |  |  |  |  |  |

| TOL SALARIO | 845 — |
|-------------|-------|
| EKA |  |
| DEICCION | −18. |
| TOL PAGADO | 827 — |

FIRMA ███████████

---

## LA ABUNDANCIA BAKERY AND RESTAURANT

### FORMATO PARA PAGO DE NOMINA

Agosto. 18 -18

FECHA ███████████████████
EMPLEADO ███████████████████
CARGO

overtime

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VAJOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TURNO 1 | 8 | 8 | 8 |  | 8 | 8 | 8 | 48 | 15 |
| TURNO 2 |  |  |  | 8 |  |  |  |  |  |
| TURNO 3 |  |  |  |  |  |  |  |  |  |

| TOTAL SALARIO | 720 |
|---------------|-----|
| EXTRA |  |
| DEDUCCION |  |
| TOTAL PAGADO | 720 |