# EXHIBIT J

## FORMATO PARA PAGO DE NOMINA

FECHA _ _01 - 1 - 15_

EMPLEADO    - ███████████

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO    _DIScuoL7_

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| TURNO 1 | | | | | | • | | | | |
| TURNO 2 | | X | ~ | X | | | | | 40 | |
| TURNO 3 | | X | ⌣ | | X | X | | | | |

| | |
|---|---|
| TOTAL SALARIO | 400 |
| EXTRA | — |
| DEDUCCION | — |
| TOTAL PAGADO | 400 |

FIRMA

---

## FORMATO PARA PAGO DE NOMINA

FECHA    _01 - 1 - 15_

EMPLEADO    ███████████████████

**LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE**

CARGO    _BASBoy._

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| TURNO 1 | | | | | | | | | | |
| TURNO 2 | | | | | | | | X | 8 • | |
| TURNO 3 | | | | | | | | | | |

| | |
|---|---|
| TOTAL SALARIO | 70 |
| EXTRA | |
| DEDUCCION | |
| TOTAL PAGADO | 70 |

FIRMA

FORMATO PARA PAGO DE NOMINA

FECHA  01- 24. 16

EMPLEADO

LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE

CARGO  Mesero

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | 8 | | | | | | 8 | 0.12 |
| TURNO 2 | | 8 | | Spread of Hours | | | | 8 | 7.50 |
| TURNO 3 | | | 8 | | 8 | | 8 | 24 | 7.50 |

| TOTAL SALARIO | 305 |
|---|---|
| EXTRA | — |
| DEDUCCION | — |
| TOTAL PAGADO | 305 |

FIRMA

---

FORMATO PARA PAGO DE NOMINA

FECHA  01 - 24 16

EMPLEADO

LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE

CARGO  Ventas

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | | |
| TURNO 2 | | | 8 | | | | | 8 | 40 his | 300 |
| TURNO 3 | | | | 8 | | 8 | 8 | | | |

| TOTAL SALARIO | 300 |
|---|---|
| EXTRA | |
| DEDUCCION | .00 |
| TOTAL PAGADO | $ 300.= |

FIRMA

## FORMATO PARA PAGO DE NOMINA

FECHA

EMPLEADO ████████████ Feb 25 - 18

LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE

CARGO    Vendedora

|  |  | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
| TURNO 1 |  |  |  |  |  |  |  |  | 4 |  |
| TURNO 2 |  |  | 4 |  |  |  |  |  | 16 | 8.70 |
| TURNO 3 |  | 8 | 8 |  |  |  |  |  |  |  |

| TOTAL SALARIO | 174 |
|---|---|
| EXTRA |  |
| DEDUCCION | 12 |
| DEDUCCION |  |
| TOTAL PAGADO | 162 |

FIRMA

---

## FORMATO PARA PAGO DE NOMINA

FECHA    Feb 27/18

EMPLEADO ████████████

LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE

CARGO    Mesera

|  |  | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
| TURNO 1 |  |  |  |  |  |  |  |  |  |  |
| TURNO 2 |  |  |  |  | 8 |  |  |  | 8 | $ 8.70 |
| TURNO 3 |  |  |  |  |  |  |  |  |  |  |

| TOTAL SALARIO | $ 69 60 |
|---|---|
| EXTRA |  |
| DEDUCCION |  |
| DEDUCCION |  |
| TOTAL PAGADO | $ 69 60 |

FIRMA

## FORMATO PARA PAGO DE NOMINA

FECHA 3-9-18

EMPLEADO ███████████████

LA ABUNDANCIA BAKERY AND ███████ SVELT AVENUE

CARGO mesera

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | 8 | | 8 | 8 70 |
| TURNO 2 | | | | | | | | | | | |
| TURNO 3 | | | | | | | | | | | |

| | |
|---|---|
| TOTAL SALARIO | 69 60 |
| EXTRA | |
| DEDUCCION | |
| DEDUCCION | |
| TOTAL PAGADO | 69 60 |

FIRM ████████

---

## FORMATO PARA PAGO DE NOMINA

FECHA 4 Marzo 2018

EMPLEADO ████████ ████████

LA ABUNDANCIA BAKERY AND RESTAURANT 75-02 ROOSVELT AVENUE

CARGO Mesers

| | | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|---|---|---|---|---|---|---|---|---|---|---|
| TURNO 1 | | | | | | | | | | | |
| TURNO 2 | | | X | | | | | | 4 | 8.70 |
| TURNO 3 | | X | X | | | | | | 16. | |

| | |
|---|---|
| TOTAL SALARIO | 174 |
| EXTRA | |
| DEDUCCION | |
| DEDUCCION | 12. |
| TOTAL PAGADO | 162. |

FIRMA ████████

## LA ABUNDANCIA BAKERY AND RESTAURANT

### FORMATO PARA PAGO DE NOMINA

12/5/18

FHA ▮▮▮▮▮▮▮▮▮▮▮▮

EMLIADO  Teni

CARD  HORNERO

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| RWD 1 | | | X | | | | | 3 | 19.5 |
| RWD 2 | X | X | X | X | X | | | 40 | 13 / 19.5 |
| RWD 3 | X | | | | | | | 6 | |

| TOL SALARIO | 695.50 |
|-------------|--------|
| EXA | |
| DEICCION | -15 |
| TOL PAGADO | 680.50 |

FIRMA _____

---

## LA ABUNDANCIA BAKERY AND RESTAURANT

### FORMATO PARA PAGO DE NOMINA

DIC-06-18

EEIA  ▮▮▮▮▮▮▮▮▮▮▮▮

EMLEADO

BAEO  Nonna

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|-------------|------------|
| TRNO 1 | | 8 | | | | | | 32 | 8.70 |
| TRNO 2 | | | 8 | 8 | 8 | | | | |
| TRNO 3 | | | | | | | | | |

| TOTAL SALARIO | $278.4 | 29,22 |
|---------------|--------|-------|
| EXA | | |
| DEDUCCION | $258.18 | |



## LA ABUNDANCIA BAKERY AND RESTAURANT

### FORMATO PARA PAGO DE NOMINA

FECHA  12 - 7  2018

EMPLEADO  ███████████████

CARGO  mesera

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|------------|------------|
| TURNO 1 | | | | | | | | | |
| TURNO 2 | | | | | | | 757 | 32 | 8.70 |
| TURNO 3 | | | | 81275814 | | | | | |

| | | |
|-----|-----|-----|
| TOTAL SALARIO | 278.40 | |
| EXTRA | 12 | |
| DEDUCCION | | ████████ |
| TOTAL PAGADO | 266.40 | |



## LA ABUNDANCIA BAKERY AND RESTAURANT

### FORMATO PARA PAGO DE NOMINA

12 - 7  2018

FECHA  ████████████████

EMPLEADO

CARGO  mesera

| DIAS | S | D | L | M | M | J | V | TOTAL HORAS | VALOR HORA |
|------|---|---|---|---|---|---|---|------------|------------|
| TURNO 1 | | | | | | | 746 | | 8.70 |
| TURNO 2 | | | | 902 | | | 757 | 40 | |
| TURNO 3 | 757 | 7 | | | | 814 | | | |

| | | |
|-----|-----|-----|
| TOTAL SALARIO | 348. | |
| EXTRA | 12 | |
| DEDUCCION | | ████████ |
| 00 | 336.00 | |

FIRMA