**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Angel Mogollan, et al.,

                              Plaintiffs,

-against-

La Abundancia Bakery & Restaurant Inc., et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/5/2020___

1:18-cv-03202 (GBD) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall appear via telephone for a conference in the above-captioned matter on Friday, June 12, 2020, at 12:30 p.m. During the conference, the parties should be prepared to discuss their letters filed at ECF Nos. 203 and 204. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:        New York, New York
              June 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge