UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Angel Mogollan, et al.,

                Plaintiffs,

-against-

La Abundancia Bakery & Restaurant Inc., et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2020

1:18-cv-03202 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties on June 12, 2020, the Court hereby orders as follows:

1. As discussed during the teleconference, the motion to certify class (ECF No. 171) and the motion for summary judgment (ECF No. 174) are deemed withdrawn.

2. No later than June 19, 2020, Defendants shall serve upon Plaintiffs requests for admission and/or interrogatories concerning the authentication and/or accuracy of the Defendants' payroll records. Plaintiffs shall respond to the foregoing no later than June 26, 2020. If the Plaintiffs contest the authenticity and/or accuracy of the payroll records, then Defendants are granted leave to take the depositions of De La Rosa and Perdoma with such depositions being conducted remotely, no later than July 17, 2020, and lasting no more than two hours each.

3. No later than July 17, 2020:

   a. Plaintiffs shall file a renewed motion for summary judgment and a renewed motion to certify class.

    b. If they chose to do so, the parties may file cross motions for sanctions supported by sworn declarations and memoranda of law.

4. No later than July 24, 2020, the parties shall respond to any cross motion for sanctions.

5. No later than August 17, 2020, Defendants shall respond to Plaintiffs' motion for summary judgment and Plaintiff's motion to certify class.

6. No later than August 31, 2020, any reply papers with respect to summary judgment or class certification shall be filed.

**SO ORDERED.**

DATED:    New York, New York
               June 12, 2020

                                              STEWART D. AARON
                                              United States Magistrate Judge