UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ANGEL MOGOLLAN et al.,

                           Plaintiffs,

    -against-

LA ABUNDANCIA BAKERY & RESTAURANT INC.
et al.,

                          Defendants.

------------------------------------- x

ORDER

18 Civ. 3202 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

    The request for oral argument by Defendants on their objections to Magistrate Judge Stewart D. Aaron's Report and Recommendation, (ECF No. 311), is DENIED.

Dated: New York, New York
       October 20, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge