UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ANGEL MOGOLLAN et al.,

                              Plaintiffs,

      -against-

LA ABUNDANCIA BAKERY & RESTAURANT
INC. et al.,

                            Defendants.
------------------------------------------------------------ x

ORDER

18 Civ. 3202 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

    A final pretrial conference is set for August 17, 2021 at 10:30 a.m.

Dated: New York, New York
       June 9, 2021

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge