UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL MOGOLLAN and ALBA MARIA MEJIA,
*on behalf of themselves, FLSA Collective Plaintiffs
and the Class,*

        Plaintiffs,

v.

LA ABUNDANCIA BAKERY & RESTAURANT INC.,
63-12 LA ABUNDANCIA INC.,
75-02 LA ABUNDANCIA BAKERY AND
RESTAURANT CORP., 81-16 LA ABUNDANCIA INC.,
M. ARROYAVE FOOD CORP., 37-01 LA ABUNDANCIA
INC., V. ROJAS FOOD CORP., 94-19 LA ABUNDANCIA
INC., 153-40 LA ABUNDANCIA INC., 88-26 LA
ABUNDANCIA INC., MONICA FERREROSA, and
RUBEN ROJAS,

        Defendants.

Case No: 18-cv-3202

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs ANGEL MOGOLLAN, ALBA MARIA MEJIA, HECTOR DE LA ROSA and NIDIA PERDOMO hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated August 5, 2021 and annexed hereto as **Exhibit A**.

Dated: August 10, 2021

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs*