UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL MOGOLLAN and ALBA MARIA MEJIA,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

        Plaintiffs,

v.

LA ABUNDANCIA BAKERY & RESTAURANT INC.,
63-12 LA ABUNDANCIA INC.,
75-02 LA ABUNDANCIA BAKERY AND
RESTAURANT CORP., 81-16 LA ABUNDANCIA INC.,
M. ARROYAVE FOOD CORP., 37-01 LA ABUNDANCIA
INC., V. ROJAS FOOD CORP., 94-19 LA ABUNDANCIA
INC., 153-40 LA ABUNDANCIA INC., 88-26 LA
ABUNDANCIA INC., MONICA FERREROSA, and
RUBEN ROJAS,

        Defendants.

Case No: 18-cv-3202

[PROPOSED]
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants LA ABUNDANCIA BAKERY & RESTAURANT INC., 63-12 LA ABUNDANCIA INC., 75-02 LA ABUNDANCIA BAKERY AND RESTAURANT CORP., 81-16 LA ABUNDANCIA INC., M. ARROYAVE FOOD CORP., 37-01 LA ABUNDANCIA INC., V. ROJAS FOOD CORP., 94-19 LA ABUNDANCIA INC., 153-40 LA ABUNDANCIA INC., 88-26 LA ABUNDANCIA INC., MONICA FERREROSA and RUBEN ROJAS ("Defendants") having offered to allow Plaintiffs ANGEL MOGOLLAN, ALBA MARIA MEJIA, HECTOR DE LA ROSA and NIDIA PERDOMO ("Plaintiffs") to take a judgment against them, in the sum of Four Hundred Twenty-Five Thousand Dollars ($425,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 5, 2021 and filed as Exhibit A to Docket Number 318;

**WHEREAS**, on August 10, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 318);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs ANGEL MOGOLLAN, ALBA MARIA MEJIA, HECTOR DE LA ROSA and NIDIA PERDOMO, in the sum of Four Hundred Twenty-Five Thousand Dollars ($425,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 5, 2021 and filed as Exhibit A to Docket Number 318.

**SO ORDERED:**
Dated: **AUG 1 1 2021**, 2021
New York, New York

_George B. Daniels_
U.S.D.J.

2