UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANGEL MOGOLLAN et al.,

                                        Plaintiffs,

            -against-

LA ABUNDANCIA BAKERY & RESTAURANT
INC. et al.,

                                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Civ. 3202 (GBD) (SDA)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 7 2021

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: New York, New York
       September 7, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge